**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL ZACHMANN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LONKERO LLC d/b/a THE LONG DRINK COMPANY, an Indiana Corporation,<br><br>　　　　　　Defendant. | Case No. 7:22-cv-10701-NSR-VR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

1

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michael Zachmann, by his undersigned counsel, hereby gives notice that his above-captioned complaint is hereby DISMISSED in its entirety, without prejudice.

Date: December 19, 2023                    Respectfully submitted,

**BEN TRAVIS LAW, APC**

*/s/ Ben Travis*
Ben Travis
4660 La Jolla Village Drive, Suite 100
San Diego, California  92122
Telephone: (619) 353-7966
Email: *ben@bentravislaw.com*


**REESE LLP**
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Email:  *mreese@reesellp.com*


**REESE LLP**
Charles D. Moore
121 N. Washington Ave., 4th Floor
Minneapolis, MN 55401
Telephone: (701) 390-7214
Email: *cmoore@reesellp.com*

*Attorneys for Plaintiff and the Proposed Class*